# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO JAVIER TORRES MORA,<br><br>　　　　　Defendant. | Case No. 1:22-cr-00131-DAD-BAM-4<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF Nos. 74, 75, 79, 80, 83) |

On May 16, 2022, Defendant Francisco Javier Torres Mora filed a motion for bail review. (ECF No. 74.) On May 19, 2022, the Government filed an opposition brief. (ECF No. 79.) On May 23, 2022, the Court held a hearing on Defendant's motion via video, which was continued until May 24, 2022, to allow for Defendant's counsel to submit paperwork related to the registration of Defendant's birth name in Mexico. (ECF No. 80.) The Court held the continued hearing on May 24, 2022. (ECF No. 83.) Defendant appeared in custody with counsel Patrick Aguirre, and with the assistance of an interpreter. Counsel Christopher Baker appeared on behalf of the Government. Having considered the moving and opposition papers, as well as the arguments presented at the May 24, 2022 hearing, the Court shall deny Defendant's motion for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to

the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

For the reasons stated on the record, Defendant's new information does not change the Court's previous finding that there is no condition or combination of conditions which will reasonably assure the appearance of the Defendant and the safety of the community.  Therefore, Defendant's motion for bail review is DENIED.  The Defendant shall remain detained as a flight risk and danger to the community.

IT IS SO ORDERED.

Dated:   **May 24, 2022**

UNITED STATES MAGISTRATE JUDGE