PATRICK S. AGUIRRE, SBN 189103
LAW OFFICES OF PATRICK S. AGUIRRE & ASSOCIATES, A PLC
1107 R. St.
Fresno, CA 93721
Telephone: (562)904-4337
Facsimile: (562)928-3999
Email: attorney@paguirrelaw.com

Attorney for Defendant,
Francisco Javier Torres Mora

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER TORRES MORA,<br><br>Defendant. | No. 22-CR-00131-4-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF PATRICK S. AGUIRRE AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

On April 25, 2022, Defendant Francisco Javier Torres Mora was indicted on federal charges. CJA Panel Attorney Patrick Aguirre was appointed as trial counsel to represent Mr. Torres Mora on April 29, 2022 in his criminal case. Mr. Torres Mora was sentenced pursuant to a plea agreement on January 29, 2024. No direct appeal was filed. Mr. Torres Mora was in custody at sentencing. The trial phase of Mr. Torres Mora's criminal case has, therefore, come to an end. Having completed his representation of Mr. Torres Mora, CJA attorney Patrick Aguirre now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Torres Mora require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/.

Dated: February 1, 2024                                    Respectfully submitted,

/s/ P. Ag
Patrick S. Aguirre, Attorney for
Defendant, Francisco Javier Torres Mora

### [PROPOSED] ORDER

Having reviewed the notice and found that attorney Patrick Aguirre has completed the services for which he was appointed, the Court hereby grants attorney Aguirre's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Francisco Javier Torres Mora at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Central Valley Annex

245 Taylor Avenue,

McFarland, CA 93250

**IT IS SO ORDERED**

Dated: February 6, 2024                                    Jennifer L. Thurston
                                                           UNITED STATES DISTRICT JUDGE